# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD A. LESNICK,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 83508

**FILED**

OCT 11 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a pretrial motion to admit testimony.

Because no statute or court rule permits an appeal from an order denying a pretrial motion to admit testimony, this court lacks jurisdiction to consider this appeal, *see Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990), and

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:  Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 17
Eighth Judicial District Court, Department 28
Ronald A. Lesnick
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Daniel M. Bunin

SUPREME COURT
OF
NEVADA

(O) 1947A

21-29013